Argued and submitted January 30, vacated and remanded February 20, 2002

STATE OF OREGON,
*Appellant,*

*v.*

HAROLD THOMAS CLARK,
*Respondent.*

990241149; A112030

40 P3d 1112

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for appellant.

Rebecca Duncan, Deputy Public Defender, argued the cause for respondent. With her on the brief was David E. Groom, Oregon Public Defender.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Vacated and remanded. *State v. Chipman*, 176 Or App 284, 31 P3d 478 (2001).